```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                Case No. 19-01945-HWV
Bonnie E. Bakaric                                                     Chapter 13
     Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: LyndseyPr            Page 1 of 2            Date Rcvd: Jun 19, 2019
                              Form ID: ntcnfhrg          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2019.
```
db             +Bonnie E. Bakaric,    214 Wyoming Street,    Middletown, PA 17057-1645
5194854        +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
5194855       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    Attn: Bankruptcy,    Po Box 982238,
                El Paso, TX 79998)
5194857        +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
5194861        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5194870        +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
5194878        +Comenity/MPRC,    Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5194880        +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                Mason, OH 45040-8999
5194882        +Diversified Adjustment Swervices, Inc,    Dasi-Bankrupcty,    Po Box 32145,
                Fridley, MN 55432-0145
5204973        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
5194883        +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5194886        +New Cumberland F C U,    345 Lewisberry Rd,    New Cumberland, PA 17070-2306
5194907        +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                Minneapolis, MN 55440-9475
5207862         U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                St. Louis MO 63166-0108
5194908        +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
                Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2019 20:04:13
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5194869        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 19 2019 20:04:06      Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5194872        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 19 2019 19:57:44      Comenity Bank/Avenue,
                Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5194873        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 19 2019 19:57:44
                Comenity Bank/Jessica London,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5194874        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 19 2019 19:57:44      Comenity Bank/Kingsize,
                Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5194876        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 19 2019 19:57:44      Comenity Bank/Lane Bryant,
                Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5194879        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 19 2019 19:58:36
                Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,    Norwood, MA 02062-2679
5194881         E-mail/Text: mrdiscen@discover.com Jun 19 2019 19:57:17      Discover Financial,
                Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
5194884        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 19 2019 19:57:58      Midland Funding,
                2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
5211355        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 19 2019 19:57:58      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
5194887        +E-mail/Text: bankruptcynotices@psecu.com Jun 19 2019 19:58:32       P S E C U,
                Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
5210645        +E-mail/Text: bankruptcynotices@psecu.com Jun 19 2019 19:58:32      PSECU,    PO BOX 67013,
                HARRISBURG, PA 17106-7013
5194898        +E-mail/Text: collections1@primewayfcu.com Jun 19 2019 19:58:38      Primeway Fcu,
                Attn: Bankruptcy,    Po Box 53088,    Houston, TX 77052-3088
5194899        +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 20:02:31      Syncb/Care Credit,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5195450        +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 20:02:31      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5194900        +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 20:03:14      Synchrony Bank/ JC Penneys,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
5194902        +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 20:02:31      Synchrony Bank/ Old Navy,
                Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5194903        +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 20:03:14      Synchrony Bank/Amazon,
                Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5194904        +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 20:03:15      Synchrony Bank/Lowes,
                Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5194905        +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 20:04:01      Synchrony Bank/Old Navy,
                Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5194906        +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 20:02:31      Synchrony Bank/Walmart,
                Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 21
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                BANK OF AMERICA, N.A.
5194860*         ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                   (address filed with court:  Bank of America,    Attn: Bankruptcy,    Po Box 982238,
                    El Paso, TX 79998)
5194856*         ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                   (address filed with court:  Bank of America,    Attn: Bankruptcy,    Po Box 982238,
                    El Paso, TX 79998)
5194859*         +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
5194858*         +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
5194862*         +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                   Camp Hill, PA 17001-8875
5194863*         +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                   Camp Hill, PA 17001-8875
5194864*         +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                   Camp Hill, PA 17001-8875
5194865*         +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                   Camp Hill, PA 17001-8875
5194866*         +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                   Camp Hill, PA 17001-8875
5194867*         +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                   Camp Hill, PA 17001-8875
5194868*         +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                   Camp Hill, PA 17001-8875
5194871*         +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
5194875*         +Comenity Bank/Kingsize,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5194877*         +Comenity Bank/Lane Bryant,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5194885*         +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
5194888*         +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
5194889*         +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
5194890*         +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
5194891*         +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
5194892*         +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
5194893*         +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
5194894*         +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
5194895*         +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
5194896*         +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
5194897*         +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
5194901*         +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                        TOTALS: 1, * 26, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2019 at the address(es) listed below:
              Chad J. Julius    on behalf of Debtor 1 Bonnie E. Bakaric cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Bonnie E. Bakaric,

**Debtor 1**

Chapter 13

Case No. 1:19–bk–01945–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 17, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 24, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 19, 2019 |

ntcnfhrg (03/18)