| Fill in this information to identify the case: |
|---|
| Debtor 1       Bonnie E. Bakaric |
| Debtor 2 |
| United States Bankruptcy Court for the: Middle District of Pennsylvania |
| Case number :     1:19-bk-01945-HWV |

Form 4100R

# Response to Notice of Final Cure Payment      10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee for Fidelity & Guaranty Life Mortgage Trust 2018-1 as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Court claim no.** (if known):    9

**Last 4 digits** of any number you use to identify the debtor's account:   5637

**Property Address:**   214 Wyoming Street
                            Middletown, PA 17057

### Part : 2   Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $0.00

### Part 3:   Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

     The next postpetition payment from the debtor(s) Is due on: 2024-07-01

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

     Creditor asserts that the total amount remaining unpaid as of the date of this response is:

     a. Total postpetition ongoing payments due:                                                        (a) $ 0.00

     b. Total fees, charges, expenses, escrow, and costs outstanding:                  +(b) $ 0.00

     c. **Total**. Add lines a and b.

     Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:                                                                     (c) $ 0.00

| Debtor 1 | Bonnie E. Bakaric | | | Case number (if known) | 1:19-bk-01945-HWV |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/s/ Joshua I. Goldman                                        Date  6/19/2024
Signature

Print:           Joshua I. Goldman                     Title   Authorized Agent for Creditor

Company       Padgett Law Group

**If different from the notice address listed on the proof of claim to which this response applies:**

Address        6267 Old Water Oak Road, Suite 203

                    Tallahassee FL, 32312

Contact phone   (850) 422-2520              Email      plginquiries@padgettlawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG

IN RE: BONNIE E. BAKARIC

Debtor(s) /

No: 1:19-bk-01945-HWV
CHAPTER 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the __19th__ day of June, 2024.

/S/ Joshua I. Goldman

JOSHUA I. GOLDMAN
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
plginquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

# SERVICE LIST (CASE NO. 1:19-bk-01945-HWV)

Debtor
Bonnie E. Bakaric
214 Wyoming Street
Middletown, PA 17057

Attorney
Chad J. Julius
Jacobson, Julius & Harshberger
8150 Derry Street
Harrisburg, PA 17111

Trustee
Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Trustee
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102